UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:  15-CV-60669

MARC LUCOFF,

      Plaintiff,

vs.

GC SERVICES, L.P.

      Defendant.

_____/

## COMPLAINT
### JURY DEMAND

1.      Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

### JURISDICTION AND VENUE

2.      This Court has jurisdiction under 28 U.S.C. §§ 1331, 1337 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

3.      Plaintiff, MARC LUCOFF, is a natural person who resides in Broward County, Florida.

4.      Defendant, GC SERVICES LIMITED PARTNERSHIP, is a business entity with its principal place of business at 6330 Gulfton, Houston, Texas 77081.

5.      Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6.      Defendant regularly collects or attempts to collect debts for other parties.  It is a "debt collector" as defined in the FDCPA.

FACTUAL ALLEGATIONS

7.      Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family, or household purposes.

8.      Defendant left the following messages on Plaintiff's personal and work voice mail on or about the dates stated:

March 10, 2015
Hello, this message is for Marc Lucoff.  My name is Lisa Nard.  I would appreciate your [sic] calling me back.  You can reach me at 855-877-7995.  Thank you.

March 12, 2015
Hello, this message is for Marc Lucoff.  My name is Lisa Nard.  I would appreciate your [sic] calling me back.  You can reach me at 855-877-7995.  Thank you.

March 31, 2015
This message is for Marc Lucoff.  My name is Edediah Feeley.  I would appreciate you calling me back.  You can reach me at 1-855-877-7995. Thank you.

9.      Based upon information and belief, Defendant left similar or identical messages on other occasions within one year of the filing of this complaint.  (Collectively, "the telephone messages.")

10.     The messages are"communications" as defined by 15 U.S.C. §1692a(2).

11.     Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

COUNT I - FAILED TO DISCLOSE STATUS AS DEBT COLLECTOR

12.     Plaintiff incorporates paragraphs 1 through 11.

13.     Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11).  See Foti v. NCO Fin. Sys., 424 F.Supp. 2d 643, 646 (S.D.N.Y.

2006); Bellin v. Litton Loan Servicing, 2006 U.S. Dist LEXIS 47953 (M.D. Fla. 2006); and Levse v. Corporate Collection Servs., 2006 U.S. LEXIS 67719 (S.D. N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.     Damages;

      b.     Attorney's fees, litigation expenses and costs of suit; and

      c.     Such other or further relief as the Court deems just and proper.

### COUNT II - FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

14.     Plaintiff incorporates paragraphs 1 through 11.

15.     Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C. §1692d(6).  See Wright v. Credit Bureau of Georgia, Inc., 548 F.Supp. 591, 593 (N. D. Ga. 1982); Hosseinzadeh v. M.R.S. Assocs., 387 F.Supp. 2d 1104 (C.D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.     Damages;

      b.     Attorney's fees, litigation expenses and costs of suit; and

      c.     Such other or further relief as the Court deems just and proper.

### COUNT III - DECLARATORY RELIEF AND PERMANENT INJUNCTION

16.     Plaintiff incorporates paragraphs 1 through 11.

17.     Pursuant to 28 U.S.C. §§2201 and 2202, Plaintiff seeks a declaration that Defendant's failure to disclose its name and failure to disclose it is a debt collector in telephone messages to consumers is in violation of the FDCPA.

18.     Plaintiff seeks a permanent injunction prohibiting Defendant from failing to disclose its name and failing to disclose it is a debt collector in telephone messages to consumers.

WHEREFORE, Plaintiff requests that the Court enter judgment:

a.      declaring that Defendant's practices violate the FDCPA;

b.      permanently enjoining Defendant from engaging in the violative practices;

c.      Attorney's fees, litigation expenses and costs of suit; and

d.      Such other or further relief as the Court deems just and proper.

<u>JURY DEMAND</u>

Plaintiff demands trial by jury.

Dated this  2<u>nd</u>  day of April, 2015.

JDL Law, P.A.
Attorney for Plaintiff
P.O. Box 277534
Miramar, FL 33027-7534
Tel:     954-5620907
Jdlucoff@comcast.net


  /s/ Joel D. Lucoff
Joel D. Lucoff
Fla. Bar No. 192163