UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

MARC LUCOFF,

        Plaintiff,

vs.

        Case No. 15-CV-60669-KMM

GC SERVICES, L.P.,

        Defendant

                                                          /

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

All matters and things in dispute having been adjusted and settled between the Plaintiff MARC LUCOFF and Defendant, GC SERVICES, L.P., it is

STIPULATED AND AGREED by the parties hereto that all claims between Plaintiff and Defendant asserted in this litigation, including claims for attorney's fees and costs, be dismissed with prejudice.

| | |
|---|---|
| *s/Joel Lucoff* | *s/ Barbara Fernandez* |
| Joel Lucoff, Esq. | Barbara Fernandez |
| JDL Law, P.A. | Florida Bar No. 0493767 |
| PO Box 277534 | bfernandez@hinshawlaw.com |
| Miramar, FL  33027-7534 | HINSHAW & CULBERTSON LLP |
| Tel:  954-562-0907 | 2525 Ponce de Leon Blvd. |
| Email:  jdllaw@comcast.net | 4th Floor |
| Attorneys for Plaintiff | Coral Gables, FL 33134 |
| | Telephone: 305-358-7747 |
| | Facsimile:   305-577-1063 |
| | Attorneys for Defendant |

Case No. 15-CV-60669-KMM

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Joel Lucoff, Esq.
JDL Law, P.A.
PO Box 277534
Miramar, FL  33027-7534
Tel:  954-562-0907
Email:  jdllaw@comcast.net
Attorneys for Plaintiff

*s/ Barbara Fernandez*
Barbara Fernandez
Florida Bar No. 0493767
bfernandez@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile:  305-577-1063
Attorneys for Defendant

2